## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

**WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R**

       **Plaintiff**

**v.**                               **CASE No. 1:17-cv-00436**

**STEVEN H. ARMBRUST; DEBORAH W. ARMBRUST; and FLEET NATIONAL BANK n/k/a BANK OF AMERICA, N.A.;**

       **Defendants**

_____/

### NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Ventures Trust 2013-I-H-R, and pursuant to Federal Court Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice. No service having been made on the parties, the Defendants have not heretofore filed an Answer to the Plaintiff's Complaint or otherwise appeared in the action.

Respectfully Submitted,

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Ventures Trust 2013-I-H-R, By its Attorney,

   /s/ Catherine V. Eastwood
Catherine V. Eastwood, Esq., RI# 6406
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
(978) 256-1500 (ext. 249)
ceastwood@kordeassociates.com